AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA Harrell)   USAO CW No. 25-210

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 25-mj-2272 |
| Rodolfo Cuapa-Tepetl | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **November 6, 2025** in the county of **Montgomery** in the **Eastern** District of **Pennsylvania**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. Section 1326(a) | Illegal reentry after deportation |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

/s/ Alexander DiMedio
*Complainant's signature*

Alexander DiMedio, ICE Deportation Officer
*Printed name and title*

Sworn to before me and signed by telephone.

Scott W. Reid
Digitally signed by Scott W. Reid
Date: 2025.11.10 11:31:59 -05'00'

Date: _____

*Judge's signature*

City and state: Philadelphia, Pennsylvania

Honorable Scott W. Reid, USMJ
*Printed name and title*