**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 25-511** |
| | : | |
| | : | |
| **RODOLFO CUAPA-TEPETL** | : | |

**DEFENDANT'S SENTENCING MEMORANDUM**

Rodolfo Cuapa-Tepetl is a thirty-five year old Mexican national. He is the father of two U.S.-born children who have always resided in Massachusetts. After one unsuccessful attempt to enter the United States, when he was twenty years old, he crossed the U.S.-Mexico border again in 2011. He has resided in the United States since that time, first in Massachusetts, briefly in Chicago, and for the last two years prior to his arrest in Norristown. Through all of that time in this country he worked consistently as a line cook in various restaurants and then, more recently, in construction earning $180 per day. He used those earnings to help with the support of his children and that of his mother who resides in Mexico.

As has been noted in the presentence investigation report and in the government's sentencing memorandum, Mr. Cuapa faces sexual assault charges in Massachusetts at the conclusion of this matter. He initially came into custody in Norristown upon execution of the arrest warrant for those charges. There is a detainer on him. He faces a mandatory minimum sentence of ten years if he is convicted of the most serious charge in Massachusetts.

It is agreed by the parties and the United States Probation Office that the applicable sentencing guideline range is 0 – 6 months. This is based on a total offense level of 4 and a

Criminal History Category I. Ironically, the sentencing guideline range would still be 0 – 6 months, even if Mr. Cuapa had not accepted responsibility in this case. To give Mr. Cuapa some consideration for having accepted responsibility, it is respectfully suggested that the Court sentence him to a period of three months – in the middle of the applicable sentencing guideline range.

Respectfully submitted,

*/s/ Mark Wilson*
MARK WILSON
Senior Trial Counsel

**CERTIFICATE OF SERVICE**

I, Mark Wilson, Senior Trial Counsel, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I caused a copy of the Defendant's Sentencing Memorandum to be filed and served electronically through the Eastern District Clerk's Office Electronic Case Filing system, which sent notification to Kelly Harrell, Assistant United States Attorney, United States Attorney's Office, Suite 1250, 615 Chestnut Street, Philadelphia, Pennsylvania, 19106.

*/s/ Mark Wilson*
MARK WILSON
Senior Trial Counsel

DATE: May 28, 2026